238

## . 19885. CAMPBELL v. THE STATE.

BLOODWORTH, J. The evidence does not sustain all the material allegations of the accusation, and the court erred in overruling the motion for a new trial. *Judgment reversed. Broyles, C. J., and Luke, J., concur.*

DECIDED JULY 31, 1929.

*John K. Davis, J. S. Edwards,* for plaintiff in error.
*J. A. Wright, solicitor, E. S. Ault,* contra.

## 19886. CARMICHAEL v. THE STATE.

BROYLES, C. J. The verdict was amply authorized by the evidence, and none of the grounds of the amendment to the motion for a new trial show cause for a reversal of the judgment.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED JULY 31, 1929.

*W. W. Mundy,* for plaintiff in error.
*J. A. Wright, solicitor, E. S. Ault,* contra.